In re Cynthia GUTIERREZ.

No. 08–06–00177–CV.

Court of Appeals of Texas,
El Paso.

June 29, 2006.

Luis C. Labrado, El Paso, for relator.

Patrick Bramblett, Bramblett & Associates, El Paso, for interested party.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

### OPINION ON PETITION FOR WRIT OF MANDAMUS

DAVID WELLINGTON CHEW, Justice.

Relator, Cynthia Gutierrez, seeks a writ of mandamus against the Honorable Mike Herrera, Judge of the 383rd District Court of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex.1992)(orig. proceeding). Moreover, there must be no other adequate remedy at law. *Id.* Based on the petition and record before us, we are unable to conclude that Relator is entitled to the relief requested. Accordingly, we deny mandamus relief. *See* TEX.R.APP.P. 52.8(a).